IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  08-cv-01320-WYD-KMT

JOHN STUTTS; and
CHERYL STUTTS,

     Plaintiffs,

v.

K & C RV CENTERS, LLC,

     Defendant.

## ORDER FOR DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court on the parties' Stipulation for Dismissal with Prejudice.  Good cause appearing therefore, it is hereby

ORDERED that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action is **DISMISSED WITH PREJUDICE**, with each party to pay his, her or its own attorneys' fees and costs incurred in connection with this action.

     Dated:  September 3, 2009

                                    BY THE COURT:

                                    s/ Wiley Y. Daniel
                                    Wiley Y. Daniel
                                    Chief United States District Judge